UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the matter of )<br>)<br>NORTH SHORE MARINE, INC. )<br>Owner of UTV EMILY ANNE, O.N. 275055 )<br>    Plaintiff, )<br>for Exoneration from or Limitation of Liability ) | Case No. 16-cv-11660-GAO<br><br>In Admiralty |

**DEFAULT JUDGMENT EXONERATING PLAINTIFF**

George A. O'Toole, Jr., D.J.

All crew, Irving Oil Commercial GP and other potential claimants, after sufficient notice, having failed to appear or otherwise plead in this action by October 30, 2016 as ordered by this Court, ECF No. 7, and their default in particular having been entered,

Now, upon application of plaintiff North Shore Marine, Inc. and a declaration of counsel demonstrating that none of the people aboard the EMILY ANNE on February 16, 2016 were an infant or incompetent person or in the military service of the United States,

It is hereby ORDERED, ADJUDGED, AND DECREED that North Shore Marine, Inc. is exonerated from any and all liability arising from the sinking of the EMILY ANNE (O.N. 275055) in Boston, Massachusetts on or about February 16, 2016.

Dated: 1/17/17

By the Court,

_/s/_
Deputy Clerk