UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| North Shore Marine, Inc., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | Civil Action No. 16-CV-11660-GAO |
| | * | |
| | * | |
| | * | |
| | * | |

ORDER OF DISMISSAL

January 17, 2017

O'Toole, D.J.

Pursuant to the Order Granting the Motion for Default Judgment [15] filed on January 17, 2017, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge